# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| ANDREW M. CIRKO o/b/o SANDRA L. CIRKO,<br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL,<br>*Defendant* | )<br>)<br>) Civil Action No. 1:17-CV-0680<br>) (Chief Judge Conner)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:   JUDGMENT be and is hereby ENTERED in favor of plaintiff ANDREW M. CIRKO o/b/o SANDRA L. CIRKO, and against defendant, NANCY A. BERRYHILL "the Commissioner," as follows: The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new hearing and issue a new decision in accordance with this order (Doc. 24), dated March 4, 2019.  The new hearing shall be conducted by a different administrative law judge who has been properly appointed in accordance with the Appointments Clause of the United States Constitution.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (DIWC)

Date:   Mar 4, 2019                    *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                        K. McKinney
                                        *Signature of Clerk or Deputy Clerk*